**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JEFFREY HIGH | : No. 211 MAL 2017 |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| PENNSY SUPPLY, INC. | : |
| | : |
| v. | : |
| | : |
| CHARLES W. HIGH, II | : |
| | : |
| PETITION OF PENNSY SUPPLY, INC. | : |

| | |
|---|---|
| | : No. 212 MAL 2017 |
| CHARLES W. HIGH, II | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| PENNSY SUPPLY, INC. | : |
| | : |
| v. | : |
| | : |
| JEFFREY HIGH | : |
| | : |
| PETITION OF PENNSY SUPPLY, INC. | : |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.